IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 8 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SANTIAGO ORTIZ, AND WIFE, § <br> ESTRELLA ORTIZ, INDIVIDUALLY § <br> and AS NEXT FRIENDS OF § <br> SANTIAGO ORTIZ, JR. § <br> OSVALDO ORTIZ, AND § <br> JESSICA YAZMIN ORTIZ, § <br> MINOR CHILDREN § <br> Plaintiffs § <br> § <br> VS. § <br> § <br> J.B. HUNT TRANSPORT, INC. § <br> AND KENNETH GEORGE CANNADY § <br> Defendants § | CIVIL ACTION NO. B-95-112 |

## UNOPPOSED FIRST AMENDED MOTION FOR RELEASE OF MONIES ON DEPOSIT

NOW COMES, Santiago Ortiz, Jr. by and through the undersigned attorney and would respectfully show the Court the following:

1 -   Santiago Ortiz, Jr., as a minor then was awarded the amount of $600.00 pursuant to an agreed judgment, a copy of which is attached hereto as Exhibit A. In said agreed judgment, the $600.00 was to be deposited with the United States District Clerk for the benefit and use of the minor Santiago Ortiz, Jr. Attached hereto as Exhibit "B" is a true and correct copy of the check used to make such deposit.

II.

Santiago Ortiz, Jr. would show that he has now attained the age of 18 years of age. He was born on November 28, 1985. Attached hereto as Exhibit "C" is a true and correct copy of his Mexico matricula consular identification card. Also attached hereto as Exhibit "D" is a true and correct copy of Santiago Ortiz' birth certificate issued by the State of Tamaulipas in the

Republic of Mexico. Also attached hereto is Exhibit "E" is a true and correct English translation of said birth certificate done by Julio Galvan, a Texas Licensed Court Interpreter No. 207.

WHEREFORE, PREMISES CONSIDERED, Santiago Ortiz, Jr. would request from this Honorable Court the following relief:

1 -    That the U. S. District Clerk be ordered to turn over to Santiago Ortiz, Jr. the $600.00 plus any accrued interest to which he may be entitled to from the proceeds deposited in his behalf pursuant to the agreed judgment.

Respectfully Submitted,
Santiago Ortiz, Jr.

By: _____
David C. Garza
Federal ID Admission #3778
State Bar ID # 07731400
Garza & Garza, LLP
P.O. Box 2025
680 E. St. Charles, Suite 300
Brownsville, Texas 78522-2025
Telephone (956) 541-4914
Fax: (956) 542-7403

I, the undersigned SANTIAGO ORTIZ, JR., hereby confirm that I attained the age of eighteen (18) years on November 28, 2003. That I am mentally competent and able to handle my own affairs. That I am entitled to receive the foregoing monies noted in this motion. I do not have a United States social security number since I am a citizen of Mexico.

_____
SANTIAGO ORTIZ, JR.

SWORN TO AND SUBSCRIBED before me by SANTIAGO ORTIZ, JR., on this the _____ day of March, 2005.

[Notary Seal: IRIS Y. GAMEZ, Notary Public, State of Texas, My Commission Expires 09-22-2007]

_____
Notary Public in and for Texas
My Commission Expires: 9-22-2007

c:dcg\g\Ortiz-JBHunt\Motion-Release-Monies