IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTIAGO ORTIZ AND WIFE, | § | |
| ESTRELLA ORTIZ, INDIVIDUALLY | § | |
| AND AS NEXT FRIENDS OF | § | |
| SANTIAGO ORTIZ, JR., | § | |
| OSVALDO ORTIZ, AND | § | |
| JESSICA YAZMIN ORTIZ, | § | CIVIL ACTION NO. |
| MINOR CHILDREN | § | |
| PLAINTIFFS | § | B-95-112 |
| | § | (JURY REQUESTED) |
| VS. | § | |
| | § | |
| J.B. HUNT TRANSPORT, INC. | § | |
| AND KENNETH GEORGE CANNADY | § | |
| DEFENDANTS | § | |

United States District Court
Southern District of Texas
FILED

NOV 22 1996

Michael N. Milby, Clerk

## AGREED JUDGMENT

On or about the 22ⁿᴰ day of November, 1996, came on for hearing in its regular order, the above entitled and numbered cause, and came the Plaintiffs, Santiago Ortiz and wife, Estrella Ortiz, Individually and as Next Friends of Santiago Ortiz, Jr., Osvaldo Ortiz, and Jessica Yazmin Ortiz, Minor Children (sometimes collectively referred to as "Releasing Parties"), by and through their attorney, David C. Garza and came Lazaro Cardenas, Guardian Ad Litem for the Minor Plaintiffs, Santiago Ortiz, Jr., Osvaldo Ortiz, and Jessica Yazmin Ortiz; and came Defendant, J.B. Hunt Transport, Inc. and Kenneth George Cannady (sometimes referred to as "Released Parties") by and through its attorney of record, Hugh P. Touchy.

Exhibit "A"

## RECITALS

Santiago Ortiz and wife, Estrella Ortiz, Individually and as Next Friends of Santiago Ortiz, Jr., Osvaldo Ortiz, and Jessica Yazmin Ortiz, Minor Children, have agreed to this settlement with **Released Parties** for the total sum of **Fifty-Five Thousand ($55,000.00) Dollars**, a portion of which will be for the sole use and benefit of Santiago Ortiz, Jr., Osvaldo Ortiz, and Jessica Yazmin Ortiz, Minor Children.

To protect the interest of minor Plaintiffs, Santiago Ortiz, Jr., Osvaldo Ortiz, and Jessica Yazmin Ortiz, Minor Children for whom Santiago Ortiz and wife, Estrella Ortiz, bring suit as Next Friend, as to the issues of appropriateness and apportionment of recovery Lazaro Cardenas was appointed by order of this Court as guardian ad litem to represent the interests of minor Plaintiffs, Santiago Ortiz, Jr., Osvaldo Ortiz, and Jessica Yazmin Ortiz, Minor Children.

It is understood by the aforementioned parties that the tentative agreement of settlement is subject to the approval of the Court, taking into account the views of counsel, the guardian ad litem and Plaintiff Santiago Ortiz and wife, Estrella Ortiz, as Next Friend of Santiago Ortiz, Jr., Osvaldo Ortiz, and Jessica Yazmin Ortiz, Minor Children.

The guardian ad litem has thoroughly considered the tentative settlement reached by the Parties from the standpoint of the interests of the minor children, and has reported to the Court on behalf of the minor children that he/she believes the settlement and apportionment of the sums involved are fair, just, and reasonable and are in the best interests of the minor children, and that the guardian ad litem recommends the Court approve such settlement.

It was thereupon announced to the Court that an agreement of settlement had been reached by and between the Plaintiffs and Defendants, and that they have prepared settlement documents embodying the terms of the settlement agreement as they relate to all claims of the Plaintiffs and that the parties have fully executed said settlement documents.

After having considered the pleadings, the evidence and the argument of counsel, the Court finds that Defendants' liability to the Plaintiffs is uncertain and disputed, and that the Plaintiffs have been fully informed of the liability facts and the nature and extent of the injuries and damages sustained and which may be sustained by Plaintiffs; and that the settlement is reasonable, fair and just, not a product of fraud, mutual mistakes, duress or undue influence and the Court approves the settlement.

The Court finds that Plaintiffs are entitled to the sum of Fifty-Five Thousand ($55,000.00) Dollars, from the Defendant as set out in the SETTLEMENT AGREEMENT AND RELEASE, a copy of which is on file herein, and incorporated by reference into this judgment as Exhibit "A".

The Court further finds that sums to be recovered by Plaintiffs as stated above and as set out in the Settlement Agreement and Release are to be apportioned as follows:

1. Cash Payments.

    a) $52,000.00 to Santiago Ortiz and his attorney, David C. Garza;

    b) $1,200.00 to Estrella Ortiz and her attorney, David C. Garza

2. Minor Plaintiffs are entitled to recover the following:

   a) $600.00 payable to Clerk of the United States District Court, in trust for the Benefit and use of the Minor, Santiago Ortiz, Jr.;

   b) $600.00 payable to Clerk of the United States District Court, in trust for the Benefit and use of the Minor, Osvaldo Ortiz; and,

   c) $600.00 payable to Clerk of the United States District Court, in trust for the Benefit and use of the Minor, Jessica Yazmin Ortiz.

to be deposited with the United States District Clerk for the Southern District of Texas, Brownsville Division, to be placed in Trust for the benefit of the minors; and furthermore, that the United States District Clerk invest the said the One Thousand Eight Hundred ($1,800.00) Dollars in interest bearing accounts.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** by this Court that the following sums be recovered by plaintiffs:

1. Cash Payments.

   a) $52,000.00 to Santiago Ortiz and his attorney, David C. Garza;

   b) $1,200.00 to Estrella Ortiz and her attorney, David C. Garza

2. Minor Plaintiffs are entitled to recover the following:

   a) $600.00 payable to Clerk of the United States District Court, in trust for the Benefit and use of the Minor, Santiago Ortiz, Jr.;

   b) $600.00 payable to Clerk of the United States District Court, in trust for the Benefit and use of the Minor, Osvaldo Ortiz; and,

   c) $600.00 payable to Clerk of the United States District Court, in trust for the Benefit and use of the Minor, Jessica Yazmin Ortiz.

to be deposited with the United States District Clerk for the Southern District of Texas, Brownsville Division, to be placed in Trust for the benefit of the minors; and

furthermore, that the United States District Clerk invest the said the One Thousand Eight Hundred ($1,800.00) Dollars in interest bearing accounts.

4. Court costs are hereby taxed against the party incurring same except the defendant shall pay guardian ad litem fees of $750.00, ordered payable to Lazaro Cardenas, guardian ad litem for minor plaintiffs.

It is **FURTHER ORDERED, ADJUDGED AND DECREED** that any and all other relief from any party hereto whether prayed for or not is hereby denied, and that the Court finds the above stated sums having been paid that therefore no execution need issue on this judgment.

SIGNED FOR ENTRY this 22nd day of NOVEMBER, 1996.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

LAW OFFICE OF GARZA & GARZA
680 E. St. Charles, Ste. 300
P. O. Box 2025 (78522)
Brownsville, TX 78520
Telephone: (210) 541-4914
Facsimile: (210) 542-7403

By: /s/ David C. Garza
David C. Garza
USDC No. 3778
Attorney for Plaintiffs

916 E. Van Buren Street
Brownsville, TX 78520
Telephone: (210) 541-5801
Facsimile:- (210)

By: /s/ Lazaro Cardenas
Lazaro Cardenas
USDC No.
Guardian Ad Litem for
Minor Plaintiffs

WILLETTE & TREVIÑO, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (210) 541-1846
Facsimile: (210) 541-1893

/s/ Hugh P. Touchy
Hugh P. Touchy
USDC No. 12401
Attorneys for Defendants,
J.B. Hunt Transport, Inc. and
Kenneth George Cannady

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By: /s/
Deputy Clerk



*Exhibit "B"*





Exhibit "C"



EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS Y COMO OFICIAL DEL REGISTRO CIVIL CERTIFICO QUE EN EL ARCHIVO DEL REGISTRO CIVIL EN H. MATAMOROS SE ENCUENTRA ASENTADA UN ACTA LEVANTADA POR EL C. OFICIAL OSCAR E. TREVIÑO GONZALEZ QUE CONTIENE LOS SIGUIENTES DATOS:

# ACTA DE NACIMIENTO

OFICIALIA: 2  LIBRO No. 21  ACTA No. 4028  CURP: =====  CRIP: 280220285040280
FECHA DE REGISTRO: 06/12/1985  LUGAR DEL REGISTRO: H. MATAMOROS, TAMAULIPAS

NOMBRE: SANTIAGO ORTIZ FLORES  SEXO: MASCULINO
FECHA DE NACIMIENTO: 28/11/1985  HORA DE NACIMIENTO: 14:50
LUGAR DE NACIMIENTO: HEROICA MATAMOROS, TAMAULIPAS.
CERTIFICADO NACIMIENTO: =====  COMPARECIO: AMBOS  PRESENTADO: VIVO

NOMBRE DEL PADRE: SANTIAGO ORTIZ RAMOS  NACIONALIDAD: MEXICANA
DOMICILIO HABITUAL: , COL. 20 DE NOV.  EDAD: 21 AÑOS

NOMBRE DE LA MADRE: ESTRELLA FLORES QUINTANILLA  NACIONALIDAD: MEXICANA
DOMICILIO HABITUAL: , COL. 20 DE NOV.  EDAD: 18 AÑOS

ABUELO PATERNO: JUAN ORTIZ HERRERA  NACIONALIDAD: MEXICANA
ABUELA PATERNA: ORALIA RAMOS DE ORTIZ  NACIONALIDAD: MEXICANA
ABUELO MATERNO: RODOLFO FLORES (+)  NACIONALIDAD: =====
ABUELA MATERNA: MARINA QUINTANILLA VDA. DE FLORES  NACIONALIDAD: MEXICANA

TESTIGO: ALIDA JAIME  EDAD: 60 AÑOS  NACIONALIDAD: MEXICANA
TESTIGO: OSCAR MARTINEZ  EDAD: 32 AÑOS  NACIONALIDAD: MEXICANA

PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO:
NOMBRE: ==========  EDAD: ==  NACIONALIDAD: =====
DOMICILIO: ==========  PARENTESCO: =====

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS, EN H. MATAMOROS A LOS 5 DIAS DEL MES DE ENERO DEL 2004. DOY FE.

SELLO DEL REGISTRO CIVIL



Exhibit "D"

PROFR. GILBERTO CANTU PEREZ
OFICIAL 2o DEL REGISTRO CIVIL

Gobierno del Estado de Tamaulipas
Secretaria General de Gobierno
OFICIALIA 2a DE H. MATAMOROS
0235654

| SEAL OF | TAMAULIPAS STATE GOVERNMENT | SEAL OF |
|---|---|---|
| MEXICO | CIVIL REGISTRY | TAMAULIPAS STATE |

IN THE NAME OF THE FREE AND SOVEREIGN STATE OF TAMAULIPAS AND AS AN OFFICIAL OF THE CIVIL REGRISTRY, I CERTIFY THAT IN THE FILE OF THE CIVIL REGISTRY IN H. MATAMOROS THERE IS A RECORD TAKEN BY REGISTRY OFFICIAL OSCAR E. TREVIÑO GONZALEZ, THAT HAS THE FOLLOWING FACTS:

## BIRTH CERTIFICATE

PUBLIC OFFICE: 2     BOOK NO. **21**     RECORD NO. ■■■■     CURP:===     CRIP■■■■■■■■
DATE OF REGISTRATION: **DEC/06/1985**     PLACE OF REGISTRATION: **H. MATAMORS, TAMAULIPAS**

NAME: **SANTIAGO ORTIZ FLORES**                               SEX: **MALE**
DATE OF BIRTH: ■■■■■■■                                        TIME OF BIRTH: **14:50**
PLACE OF BIRTH: ■■■■■■■■■■■■, TAMAULIPAS
BIRTH CERTIFICATE: - - - -          PRESENTER: **BOTH**       PRESENTED: **ALIVE**

FATHER'S NAME: **SANTIAGO ORTIZ RAMOS**                       NATIONALITY: **MEXICAN**
ADDRESS: ■■■■■■■■■■                                           AGE: **21 YRS.**

MOTHER'S NAME: **ESTRELLA FLORES QUINTANILLA**                NATIONALITY: **MEXICAN**
ADDRESS: ■■■■■■■■■■                                           AGE: **18 YRS.**

PATERNAL GRANDFATHER: **JUAN ORTIZ HERRERA**                  NATIONALITY: **MEXICAN**
PATERNAL GRANDMOTHER: **ORALIA RAMOS DE ORTIZ**               NATIONALITY: **MEXICAN**
MATERNAL GRANDFATHER: **RODOLFO FLORES (+)**                  NATIONALITY: =====
MATERNAL GRANDMOTHER: **MARINA QUINTANILLA VDA. DE FLORES**   NATIONALITY: **MEXICAN**

WITNESS: **ALIDA JAIME**                AGE: **60 YRS.**      NATIONALITY: **MEXICAN**
WITNESS: **OSCAR MARTINEZ**             AGE: **32 YRS.**      NATIONALITY: **MEXICAN**
PRESENTER NOT BEING PARENT OF PERSON REGISTRATED:
NAME: - - - - - - - - -                 AGE: - - - -          NATIONALITY: - - - -
ADDRESS: - - - - -                                            RELATIONSHIP: - - -

THIS CERTIFICATION IS GIVEN ACCORDING TO ARTICLE 31 OF CIVIL CODE IN FORCE IN THE STATE OF TAMAULIPAS, AT H. MATAMOROS ON JANUARY 5, 2004.   I CERTIFY.

SEAL OF THE
CIVIL REGISTRY

ILLEGIBLE SIGNATURE
**PROFESSOR. GILBERTO CANTU PEREZ**            TAMAULIPAS STATE
2ND OFFICIAL OF THE CIVIL REGISTRY             GOVERNMENT
                                               MINISTRY OF STATE
                                               2ND OFFICE
I certify translation of this                  H. MATAMOROS
Document from Spanish to English
Is true and correct to my knowledge            0235654
Date Feb. 23, 2005
        Julio Galvan
     Texas Licensed Court                      Exhibit "E"
       Interpreter #207