IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| SANTIAGO ORTIZ, AND WIFE, § <br> ESTRELLA ORTIZ, INDIVIDUALLY § <br> and AS NEXT FRIENDS OF § <br> SANTIAGO ORTIZ, JR. § <br> OSVALDO ORTIZ, AND § <br> JESSICA YAZMIN ORTIZ, § <br> MINOR CHILDREN § <br> Plaintiffs § <br> § <br> VS. § <br> § <br> J.B. HUNT TRANSPORT, INC. § <br> AND KENNETH GEORGE CANNADY § <br> Defendants § | CIVIL ACTION NO. B-95-112 |

## ORDER RELEASING MONEY

BE IT REMEMBERED that the motion of Santiago Ortiz, Jr. came on to be considered for release of monies to him and the motion appearing to be good.

IT IS HEREBY ORDERED that the amount of $600.00 plus any accrued interest to that amount be delivered to Santiago Ortiz, Jr. by a check made payable to Santiago Ortiz, Jr.

DONE AT Brownsville, Texas on this _____ day of March 2005.

_____
U.S. DISTRICT JUDGE PRESIDING

c:dcg\gf\Ortiz-JBHunt\Order-Release-Money