United States District Court
Southern District of Texas
FILED

SEP 13 2007

Michael N. Milby
Clerk of Court

I'm, Osvaldo Ortiz and I just turned 18. I am Requesting my fonds gaven to me. Civil Action No B-95-112

Please send me my principal amount of $600.00 plus all accrued interest to my address at ███████████████ Brownsville, TX 78521

Sincerely,

[signature]



# City of Brownsville, Texas
## The Office of the City Secretary

**STATE OF TEXAS** — **CERTIFICATE OF BIRTH** — BIRTH NO

| | | |
|---|---|---|
| 1 NAME (a) First: OSVALDO (b) Middle: (c) Last: ORTIZ | 2. DATE OF BIRTH: [redacted] 1989 | 3. SEX: MALE |
| 4a PLACE OF BIRTH—COUNTY: CAMERON | 4b CITY OR TOWN: BROWNSVILLE | 4c PLACE OF BIRTH: X Other (Specify) MIDWIFE'S HOME |
| 4d NAME OF HOSPITAL (If not in hospital, give street address): 1030 E 17 ST | 4e INSIDE CITY LIMITS? X YES | 5a THIS BIRTH SINGLE: SINGLE / 5b N.A. |
| 6 NAME (a) First: SANTIAGO (c) Last: ORTIZ | 7. DATE OF BIRTH: [redacted] 64 | 8. BIRTHPLACE: MEXICO |
| 9 RACE: WHITE | 10a IS FATHER OF HISPANIC ORIGIN? X YES | 10b: MEXICAN |
| 11 NAME (a) First: ESTRELLA (c) Last (maiden): FLORES | 12 DATE OF BIRTH: [redacted] 67 | 13. BIRTHPLACE: MEXICO |
| 14 RACE: WHITE | 15a IS MOTHER OF HISPANIC ORIGIN? X YES | 15b: MEXICAN |
| 16a RESIDENCE—STATE: TEXAS | 16b COUNTY: CAMERON | 16c CITY OR TOWN: BROWNSVILLE | 16d STREET ADDRESS: 2733 GRANADA |
| 16e INSIDE CITY LIMITS? X YES | 17 MOTHER'S MAILING ADDRESS: 78520 | 18 SIGNATURE OF INFORMANT: Estrella Flores Quintanilla |
| 19a I hereby certify that this child was born alive on the date stated above at 6:30 P.M. | 19b ATTENDANT'S SIGNATURE AND DATE SIGNED: Margarita Garcia 9/10/89 | 19c ATTENDANT'S ADDRESS: 1030 E 17 ST. |
| | 19d ATTENDANT'S NAME: MARGARITA GARCIA | 19e ATTENDANT AT BIRTH: X Lay Midwife |
| 20a REGISTRAR'S FILE NO: [illegible] | 20b DATE REC'D BY LOCAL REGISTRAR: 9 26 89 | 20c SIGNATURE OF LOCAL REGISTRAR: [signature] |

**S175639**

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code.

ISSUED 09/12/2007

*Estela Von Hatten*
Estela Von Hatten
City Secretary/Local Registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

NUMI            DTE:09/12/07            SSN:█████████            XC:            UNIT:45            PG:001

SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY NUMBER VERIFICATION

OUR RECORDS INDICATE THAT SOCIAL SECURITY NUMBER █████████ IS
ASSIGNED TO OSVALDO , , ORTIZ , .

YOUR SOCIAL SECURITY CARD IS THE OFFICIAL VERIFICATION OF YOUR SOCIAL SECURITY
NUMBER. THIS PRINTOUT DOES NOT VERIFY YOUR RIGHT TO WORK IN THE UNITED STATES.

PROTECT YOUR SOCIAL SECURITY NUMBER FROM FRAUD AND IDENTITY THEFT. BE CAREFUL
WHO YOU SHARE YOUR NUMBER WITH.